THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Anderson County
 Aviation, Inc. and J. Reid Garrison, Appellants,
 v.
 Anderson County Auditor, Respondent.
 
 
 

Appeal From Richland County
 Ralph K. Anderson, III, Administrative Law
 Judge
Unpublished Opinion No.  2008-UP-334
Submitted June 1, 2008  Filed July 1,
 2008  
AFFIRMED

 
 
 
 Burnet R. Maybank, III, of Columbia, for Appellant.
 D. Michael Henthorne, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Anderson
 Aviation, Inc. and J. Reid Garrison appeal the Anderson County Auditors
 assessment of ad valorem personal property taxes on
 three aircraft alleged to be owned by Anderson Aviation for the tax years 2003
 through 2005.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Unisys Corp. v. S.C. Budget & Control Bd. Div. of Gen.
 Servs. Info. Tech. Mgmt. Office, 346 S.C.
 158, 174, 551 S.E.2d 263, 272 (2001) (An adequate de novo review renders
 harmless a procedural due process violation based on the insufficiency of the
 lower administrative body.); Frame v. Resort Servs. Inc., 357 S.C. 520,
 531, 593 S.E.2d 491, 497 (Ct. App. 2004) (When an administrative agency acts
 without first making the proper factual findings required by law, the proper
 procedure is to remand the case and allow the agency the opportunity to make
 those findings.); Fields v. Monroe Ltd. Pship, 312
 S.C. 102, 106, 439 S.E.2d 283, 285 (Ct. App. 1993) (An issue raised on appeal but not argued in the
 brief is deemed abandoned and will not be considered by the appellate court.); Matthews v. City of Greenwood, 305 S.C. 267, 270, 407 S.E.2d 668,
 699 (Ct. App. 1991) (noting an issue is deemed
 abandoned on appeal if it is argued in a short, conclusory statement without argument
 or supporting authority); McCall v. Finley, 294 S.C. 1, 4, 362
 S.E.2d 26, 28 (Ct. App. 1987) ([W]hatever doesnt make any difference, doesnt
 matter.); S.C. Code Ann. § 12-60-2910(C)(5) (2000)
 (An auditor must inform the taxpayer of his right to request a contested case
 hearing before the Administrative Law Judge Division.). 
AFFIRMED.
HEARN, C.J., and SHORT, J., and KONDUROS, J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.